IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01272-BNB

MARCO A. ROCHA,

    Plaintiff,

v.

A. ZAVARAS, CDOC Director,
RON LEYBA, FMCC Warden,
LT. POTTER, FMCC,
SGT. STEVENS, FMCC, and
OTHER UNNAMED DEFENDANTS UNDER THEIR OFFICIAL AND INDIVIDUAL
    CAPACITIES.

    Defendants.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 6th day of July, 2010.

                        BY THE COURT:

                        *s/Craig B. Shaffer*
                        Craig B. Shaffer
                        United States Magistrate Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -6 2010

GREGORY C. LANGHAM
                CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01272-BNB

Marco A. Rocha
Prisoner No. 67027
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/6/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk