IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01272-PAB

MARCO A. ROCHA,

    Plaintiff,

v.

A. ZAVARAS, CDOC Director,
RON LEYBA, FMCC Warden,
LT. POTTER, FMCC,
SGT. STEVENS, FMCC, and
OTHER UNNAMED DEFENDANTS UNDER THEIR OFFICIAL AND INDIVIDUAL
    CAPACITIES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -9 2010

GREGORY C. LANGHAM
    CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED July 8, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01272-PAB-KMT

Marco A. Rocha
Prisoner No. 67027
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

A. Zavaras, Ron Leyba,
Lt. Potter, and Sgt. Stevens – **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on A. Zavaras, Ron Leyba, Lt. Potter, and Sgt. Stevens: COMPLAINT FILED 6/02/10, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/9/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk