IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01272–PAB–KMT

MARCO A. ROCHA,

Plaintiff,

v.

CDOC DIRECTOR (S) A. ZAVARAS,
FMCC WARDEN RON LEYBA,
FMCC LT. POTTER,
FMCC SGT. STEVENS,
AND OTHER UNNAMED DEFENDANTS, under their official and individual capacities,

Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Plaintiff filed suit in this case on June 2, 2010. (Doc. No. 3.) On June 23, 2010, the court granted Plaintiff leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915 (Doc. No. 6) and on July 9, 2010 the court granted service by the United States Marshal (Doc. No. 10). The Colorado Department of Corrections (CDOC) waived service as to Defendants Zavaras Potter and Stevens, but not as to Defendant Leyba. (Doc. No. 11.) The CDOC did provide an address for Defendant Leyba. It now is

ORDERED that the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant Ron Leyba at 4804 Quita Court, Pueblo, Colorado 81001. If appropriate, the Marshal

shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendant Ron Leyba or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated this 17th day of September, 2010.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01272-PAB-KMT

Marco A. Rocha
Prisoner No. 67027
Kit Carson Corr. Center
PO Box 2000
Burlington, CO 80807

US Marshal Service
Service Clerk
Service forms for: Ron Leyba,

Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Christopher W. Alber
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Ron Leyba: COMPLAINT FILED 6/02/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/20/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk