IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01272-PAB-KMT

MARCO A. ROCHA,

       Plaintiff,

v.

A. ZAVARAS, CDOC Director,
RON LEYBA, FMCC Warden,
LT. POTTER, FMCC,
SGT. STEVENS, FMCC, and
OTHER UNNAMED DEFENDANTS UNDER THEIR OFFICIAL AND INDIVIDUAL
    CAPACITIES,

       Defendants.

---

ORDER TO CURE DEFICIENCY

---

Brimmer, Judge

    Plaintiff submitted a Notice of Appeal on March 28, 2011.  The court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
       ___   is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
       ___   is not submitted
       ___   is missing affidavit
       _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
       ___   is missing required financial information
       ___   is missing an original signature by the prisoner
       ___   is not on proper form (must use the court's current form)

    ___ other_____

Accordingly, it is

    ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

    FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

    DATED at Denver, Colorado this  29th  day of March, 2011.

                               BY THE COURT:

                               s/Philip A. Brimmer
                               JUDGE, UNITED STATES DISTRICT
                               COURT FOR THE DISTRICT OF COLORADO